■ ROBERT J. MANZARI et al., Respondents, v JOHN R. BURROWS, Individually and Doing Business as THE STONE TAVERN FARM, et al., Appellants, et al., Defendants. [931 NYS2d 864]—

Defendants failed to sustain their burden of showing entitlement to a discretionary change of venue pursuant to CPLR 510 (3) (*see Aretakis v Tarantino*, 300 AD2d 160 [2002]). In particular, defendants failed to present "affidavits or other proofs" from material witnesses claiming that they would be inconvenienced by testifying in New York County (*Herrera v R. Conley Inc.*, 52 AD3d 218, 219 [2008]). Even if such affidavits are not required, defense counsel's assertion that the inconvenience was "obvious" and "manifest," is insufficient to meet defendants' burden (*see Hernandez v Rodriguez*, 5 AD3d 269, 270 [2004]). In addition, defendants failed to show that the testimony of the purportedly inconvenienced nonparty witnesses was material and necessary (*Argano v Scuderi*, 6 AD3d 211, 212 [2004]). Concur—Friedman, J.P., Catterson, Moskowitz, Freedman and Abdus-Salaam, JJ.